| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Sheron v. State | 27A05–1606–CR–1244 | 03/09/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Gasser Chair Company, Inc. v. Nordengreen | 45A05–1606–CT–1226 | 03/09/2017 | ROBB, J.<br><br><br><br><br>MATHIAS, J.<br>BROWN, J. | Rehearing granted and earlier opinion reaffirmed in all respects<br>Concurs<br>Concurs |
| Rush v. State | 34A05–1607–CR–1590 | 03/09/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Ponce–Gomez v. State | 46A05–1606–CR–1285 | 03/09/2017 | BARTEAU, Sr.J,<br>BRADFORD, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| V.G., Matter of | 49A02–1605–JC–1071 | 03/09/2017 | ROBB, J.<br><br><br><br>KIRSCH, J.<br>BARNES, J. | Rehearing granted and decision reaffirmed in all respects<br>Concurs<br>Concurs |
| Rhymer v. State | 09A04–1607–CR–1708 | 03/09/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| R.Y., Matter of | 10A01–1608–JC–1851 | 03/09/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Link v. State | 41A01–1605–CR–1003 | 03/09/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Berry v. State | 71A03–1606–CR–1348 | 03/09/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Peppers v. State | 71A03–1610–CR–2493 | 03/09/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |